UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>  )<br> v.  )<br>  )<br>**(1) MANUEL DE JESUS AYALA,** )<br>    a/k/a "Chacua"  )<br>**(2) ALEJANDRO ENRIQUE RAMIREZ UMANA,** )<br>    a/k/a "Wizard"  )<br>       "Lobo"  )<br>**(3) HEVERTH ULISES CASTELLON,** )<br>    a/k/a "Misterio"  )<br>       "Sailor"  )<br>**(4) JULIO CESAR ROSALES LOPEZ,** )<br>    a/k/a "Stiler"  )<br>**(5) JUAN GILBERTO VILLALOBOS,** )<br>    a/k/a "Smoke"  )<br>       "Smokey"  )<br>**(6) ELVIN PASTOR FERNANDEZ-GRADIS,** )<br>    a/k/a "Tigre"  )<br>       "Flaco"  )<br>       "Juan Alberto Irias"  )<br>       "Freddy"  )<br>**(7) JUAN RUBEN VELA GARCIA,** )<br>    a/k/a "Mariachi"  )<br>**(8) JOSE AMILCAR GARCIA-BONILLA,** )<br>    a/k/a "Psicopata,"  )<br>       "Sicario"  )<br>**(9) YELSON OLIDER CASTRO-LICONA,** )<br>    a/k/a "Diablo"  )<br>**(10) CARLOS FERUFINO-BONILLA,** )<br>    a/k/a "Tigre"  )<br>**(11) NELSON HERNANDEZ-AYALA,** )<br>    a/k/a "Sixteen"  )<br>**(12) MARIO MELGAR-DIAZ,** )<br>    a/k/a "Nino"  )<br>**(13) ALEXI RICARDO RAMOS,** )<br>    a/k/a "Pajaro"  )<br>**(14) CARLOS ROBERTO FIGUEROA-PINEDA,** )<br>    a/k/a "Drogo"  )<br>  ) | DOCKET/MISC NO.:<br><br>3:08CR134-RJC<br>3:06MC375<br>3:08MC108/08CR134<br>3:08MJ143<br><br><br>**<u>ORDER</u>** |

| | |
|---|---|
| (15) CESAR YOALDO CASTILLO,<br>    a/k/a "Chino"<br>(16) ALEXANDER GRANADOS,<br>    a/k/a "Gorilon"<br>(17) MICHAEL STEVEN MENA,<br>    a/k/a "Cholo"<br>(18) JOHNNY ELIAS GONZALEZ,<br>    a/k/a "Solo"<br>(19) JAIME SANDOVAL,<br>    a/k/a "Pelon"<br>(20) SANTOS CANALES-REYES,<br>    a/k/a "Chicago"<br>(21) JOSE EFRAIN AYALA-URBINA,<br>    a/k/a "Peligroso"<br>(22) OSCAR MANUEL<br>  MORAL-HERNANDEZ,<br>    a/k/a "Truchon"<br>(23) SANTOS ANIBAL CABALLERO<br>    FERNANDEZ,<br>    a/k/a "Garra"<br>(24) MANUEL CRUZ,<br>    a/k/a "Silencioso"<br>(25) JAVIER MOLINA,<br>    a/k/a "Big Psycho"<br>        "Gringo"<br>(26) MARIO GUARJARDO-GARCIA,<br>    a/k/a "Speedy"<br>        "Iran Guerrero-Gomez" | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER UNSEALING DOCUMENTS

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the following documents be unsealed in this matter:

1. 3:06MC375-C - Pen Register App. and Order- Phone number 704-770-7072 - Filed September 14, 2006 - Signed by Judge Horn.

2. 3:06MC375-C - Pen Register App. and Order- Phone number 704-919-8554 - Filed December 26, 2007 - Signed by Judge Horn.

3. 3:06MC375-C - Pen Register App. and Order- Phone number 336-988-5022 - Filed January 16, 2008 - Signed by Judge Horn.

4. 3:06MC375-C - Pen Register App. and Order Extension- Phone number 704-770-7072 - Filed January 11, 2007 - Signed by Judge Horn.

5. 3:08MC108/08CR134-C - Pen Register, Cell Site and GPS App., Order, Affidavit - Phone number 704-605-9006 - Filed June 24, 2008, signed by Judge Keesler.

6. 3:06MC375-C -Pen Register App. and Order- Phone number 704-777-3908- Filed December 28, 2007- Signed by Judge Horn.

7. 3:08MJ143 - Search warrant App., Order and Affidavit - 2318 Markham Court - Filed June 20, 2008 - Signed by Judge Horn.

8. 3:08MJ143 - Search warrant App., Order and Affidavit - 4228 Oakwood Road - Filed June 20, 2008 - Signed by Judge Horn.

9. 3:08MJ143 - Search warrant App., Order and Affidavit - 4726 Cheviot Road- Filed June 20, 2008 - Signed by Judge Horn.

10. 3:08MJ143 - Search warrant App., Order and Affidavit - 606-C Archdale Drive- Filed June 20, 2008 - Signed by Judge Horn.

10. 3:08MJ143 - Search warrant App., Order and Affidavit - 4141-H Conway Avenue- Filed June 20, 2008 - Signed by Judge Horn.

**IT IS HEREBY ORDERED** that the above documents be immediately unsealed until further order of this Court.

**SO ORDERED**.

Signed: July 10, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

4