IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06mc375
3:08cr134

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MANUEL DE JESUS AYALA, et al. ) | |

**THIS MATTER** is before the Court on the government's Motion to Protect in Part and Unseal in Part. (Case No. 3:06mc375, Doc. No. 35).

The government seeks to unseal completely records relating to telephone number (704) 777-3908 in order to provide discovery as required by Fed. R. Crim. Pro. 16. The government also seeks to unseal redacted records relating to telephone numbers (704) 712-7828, (704) 492-1528, and one telephone number not yet to be disclosed based on concerns for the safety of potential witnesses. The Court finds good cause for the requested relief.

**IT IS, THEREFORE, ORDERED** that, in Case No. 3:06mc375:

1. Document Numbers 21, 22, 23, and 29 are UNSEALED in their entirety; and

2. Document Numbers 13, 14, 15, 16, 17, and 18 REMAIN UNDER SEAL, except that the redacted versions of those records attached to this Order will be available to the public.

Signed: July 26, 2008

Robert J. Conrad, Jr.
Chief United States District Judge